

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In Re: Glenn Aron Bohon

No. 06-13-00075-CV

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 022562-005). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, Glenn Aron Bohon, pay all costs of this appeal.

RENDERED AUGUST 27, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk